Filed 10/25/17

# IN THE SUPREME COURT OF CALIFORNIA

RON BRIGGS,

        Petitioner,

        v.

EDMUND G. BROWN, JR.,
as Governor, etc., et al.,

        Respondents;

CALIFORNIANS TO MEND, NOT END,
THE DEATH PENALTY, etc.,

        Intervener.

S238309

**ORDER MODIFYING OPINION,**

**DENYING PETITION FOR REHEARING, AND DENYING AS MOOT**

**THE MOTION TO VACATE OR MODIFY STAY FILED BY INTERVENER**

**CALIFORNIANS TO MEND, NOT END, THE DEATH PENALTY**

THE COURT:

The opinion in this matter filed August 24, 2017, and appearing at 3 Cal.5th 808, is modified as follows:

On page 826 of the opinion, the sentence reading, "Physicians and other licensed health care professionals are protected against disciplinary proceedings for any actions authorized by statute" is modified to read, "Physicians and other licensed

1

health care professionals are protected against disciplinary proceedings for any actions authorized by section 3604.3."

On page 829 of the opinion, the phrase that reads "which provided for (1) postindictment preliminary hearings" is modified to read "which provided for (1) abolition of the right to postindictment preliminary hearings."

These modifications do not affect the judgment.

The petition for rehearing is denied. Pursuant to this court's order of September 11, 2017, extending the time for granting or denying rehearing, the decision in this matter is now final.

The Motion to Vacate or Modify Stay filed by intervener Californians to Mend, Not End, the Death Penalty is denied as moot.